**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Robert Denman, <br><br>     Plaintiff, <br><br> v. <br><br><br> Commerce Bank; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, <br><br><br>     Defendants. | Case No.: 1:26-cv-00061-JPH <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Dated: June 10, 2026

*/s/ James D. Miller*
James D. Miller, Esq.
PO Box 233
Jackson Center, OH  45334
Email: James.d.miller.esq@outlook.com
Telephone: (937) 407-6852

Mailing Address:

McCarthy Law, PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ James D. Miller*