**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ROBERT DENMAN,      :
            :
  *Plaintiff,*      : Case No. 1:26-cv-61
            :
vs.          : Judge Jeffery P. Hopkins
            :
COMMERCE BANK, *et al.*,   :
            :
  *Defendants.*     :
            :

---

## CONDITIONAL ORDER OF DISMISSAL

---

The Court has been advised by the parties that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **sixty (60) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

  **IT IS SO ORDERED.**

June 16, 2026        _Jeffery P. Hopkins_
               Jeffery P. Hopkins
              United States District Judge