# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |
|---|---|
| Robert Denman, | Case No.: 1:26-cv-00061-JPH |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| Commerce Bank; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Equifax Information Services, LLC hereby jointly stipulate that Equifax Information Services, LLC may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated: July 8, 2026

| | |
|---|---|
| */s/ James D. Miller* | */s/ David A. Wallace* |
| James D. Miller, Esq. | David A. Wallace (0031356) |
| PO Box 233 | Tyler K. Ibom (0085928) |
| Jackson Center, OH  45334 | CARPENTER LIPPS LLP |
| Email: | 280 Plaza, Suite 1300 |
| James.d.miller.esq@outlook.com | 280 North High Street |
| Telephone: (937) 407-6852 | Columbus, Ohio 43215 |
| | (614) 365-4100 (Telephone) |
| Mailing Address: | (614) 365-9145 (Facsimile) |
| McCarthy Law, PLC | wallace@carpenterlipps.com |
| 9200 E. Pima Center Pkwy. Ste. 300 | ibom@carpenterlipps.com |
| Scottsdale, AZ 85258 | Attorneys for Defendant |
| Telephone: (602) 456-8900 | Equifax Information Services LLC |
| Fax: (602) 218-4447 | |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ James D. Miller*

2